IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-18024 |
| **BRIAN M. ATTINGER** | |
| **ALLISON M. ATTINGER** | CHAPTER 7 |
| SSN: XXX-XX-6879 | |
| SSN: XXX-XX-5497 | |
| | |
| **DEBTORS** | **JUDGE HOPKINS** |
| | ABANDONMENT OF PROPERTY BY TRUSTEE (Real Property located at **at 19436 US Highway 68, Fayetteville, OH 45118** ) |

-----------------------------------------------------------------------------------------------------------------

The Trustee has determined that the real property fully described as Exhibit "A'', attached hereto and made a part hereof, has inconsequential or no value to the estate.

Trustee further states that, there is no equity in the estate for the benefit of unsecured creditors, that said premises is of inconsequential or no value to the estate and that therefore, the Trustee hereby abandons his interest in said real estate.

/s/ Elliott Polaniecki
_____
Elliott Polaniecki, Trustee
9000 Plainfield Road
Cincinnati, OH 45236

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the Abandonment was forwarded by either ECF Noticing or regular U. S. Mail this 8th day of June, 2010, to:

Brian M. Attinger, Debtor
14317 Upper Cumberland Road
Mt. Orab, OH 45154
(Served via US Mail)

Allison M. Attinger, Co-Debtor
4592 Park Road
Fayetteville, OH 45118
(Served via US Mail)

Timothy J. Kelly, Attorney for Debtor
108 South High Street
PO Box 3740
Mount Orab, OH 45154
(Served via ECF Noticing)

Elliott Polaniecki, Trustee
9000 Plainfield Road
Cincinnati, OH 45236
(Served via ECF Noticing)

Office of the U. S. Trustee
170 N High Street
Suite 200
Columbus, OH 43215
(served via ECF Noticing)

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito
_____
Erin M. Laurito